# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-10795 MRW | Date | February 25, 2021 |
|---|---|---|---|
| Title | United African Asian Abilities Club v. Vista Luxury Investments LLC | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice voluntarily dismissing this case with prejudice. (Docket # 11.) This action is dismissed with prejudice.